**In re William A. KNAUS and Richard D. Marks.**

No. 2009–1482.

United States Court of Appeals, Federal Circuit.

April 27, 2010.

Richard D. Marks, of Mclean, VA, argued for appellants. With him on the brief were James Remenick and Matthew J. Smith, Remenick PLLC, of Washington, DC.

William LaMarca, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Frances M. Lynch, Associate Solicitor.

NEWMAN, RADER and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.